Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

JUN 22 2020

for the

Southern District of Texas

David J. Bradley, Clerk of Court

Houston Division

Agustin Calderon

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Bruce Johnson . A

Kenneth Hutto . E

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

See attached

Case No. **4:20-cv-2195**

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendant's Names

Phillips, Deborah . A

Little, Karen . L

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  Agustin Calderon

All other names by which
you have been known:  Augustine JR Cruz oid n: 1491927

ID Number  2200225

Current Institution  East Ham unit
Address  2665 Prison Road #1
Lovelady        TX    75851
  *City*          *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name  Phillips, Deborah .A
Job or Title *(if known)*  Grievance Investigator
Shield Number  dont know it
Employer  East Ham unit
Address  2665 Prison Road #1
Love Lady      TX      75851
  *City*          *State*        *Zip Code*
☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name  Little, Karen .L
Job or Title *(if known)*  Grievance Investigator
Shield Number  dont know it
Employer  East Ham unit
Address  2665 Prison Road #1
Love Lady      TX      75851
  *City*          *State*        *Zip Code*
☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                 Bruce Johnson .A
    Job or Title *(if known)*  Assistant Warden- Bruce Johnson .A
    Shield Number
    Employer          East Ham Unit
    Address           2665 Prison Road #1
                   Love Lady    TX    75851
                   *City*        *State*     *Zip Code*

    ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
    Name                 Kenneth Hutto .E
    Job or Title *(if known)*  Assistant Warden
    Shield Number
    Employer          East Ham Unit
    Address           2665 Prison Road #1
                   Love Lady    TX    75.
                   *City*        *State*     *Zip Code*

    ☐ Individual capacity   ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

under - the Frist Amendment ; Fifth and Fourteenth Amendments - my Constitution guarantees to Access to Courts. And due Process of Law

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.) Under Color of State or Local law

All four defendants named in this complaint are violating the immunities secured by the constitution and laws. Prisoners have a fundamental right to access and use the court System. This right is based on the "Frist, Fifth and Fourteenth Amendments" to the constitution. Under the Frist Amendment I have the right to "petition" the government for a "redress" of "grievances" and under the Fifth and Fourteenth Amendment I have the right to due Process of Law. They have also violated 3 different grievance policy's and Authority's under T.D.C.J control.

Investigator Phillips, Deborah.A and Investigator Little-Karen.L are responsible of conducting the Investigations on most of the Step 1's. They haven't attempted to answer all Law library Step 1's. Investigators dont answer I-60 or complaints requesting some answers. My question is How am I going to solve my Problems.?? This is how Both investigators acted under color of State or Local Law.

Assist warden Bruce Johnson.A and Assist warden Kenneth-Hutto.E are responsible in answering all Step 1's. I wrote both Assist warden's expressing them my concerns and my Problems through I-60 and in a complaint. No response. The Step 1's time dead line to answer them has expired. According to grievance policy they have to notify you if denial etc. They Both failed to notify me and carry there duty's under the Professional norms. This is how Both Assist wardens acted under color of State or Local Law.

*N/A*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*"Page Attach.*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*not apply*
*N/A*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Page Attach*

# IV. Statement Of Claim

3.) If the events giving rise to your claim arose in an institution describ Where and When they arose..

After reviewing my constitutional rights and 3 diffrent grievance Policy's, rules, and procedures. I notice grievance Investigators and Assist warden's violate grievance policy's, rules, and procedures. This is How I Found out grievance Investigators and warden's are corrupt. On 7-2-2019 Officer Joanna Blaylock gave me a bogus Code 20 only becuase I was using the toilet without a sheet hanging. Around 6-26-2019 I made a complaint against another Offender How was verbally sexsual harrass me. So I was placed in D line seg. Around 7-10-2019. On 7-16-2019 some one send a Female Officer trying to convince me to sign a document of miranda-rights. I asked that Officer What is this document For She told me she did not know. I told her is not even your Job trying to convince me to sign this document. Later on the same day I recived Disciplinary hearing results Notification on 7-16-2019. I appeald the decision Assist warden Johnson took care of my Step 1.. While my Step1 was in progress I requested to hear the recording of Disciplinary hearing Assist warden Johnson never answerd, Captain reed never answerd, Substitute Counsel never answerd, grievance Investigators never answerd. this is the hearing report number 20190265963 this is Step 2 #201956983 After my Appeal got denied this means Step-1 and Step 2 got a dinial response I left things alone.

I've been Fighting over Indigent Supplies For about 12 months. grievance investigators along With Assist warden K. Hutto has done nothing to stop Officer officer Kitchens misconduct personel From the Law library. Officer kitchen continuously denies me a pen, or paper, corbon paper. I'am tierd of Fighting over Indigent supplies and case cites IF this keep's on happening sooner or later I will be affected. On 12-27-2019 I got the bad news that my Direct Appeal got denied this is my Attorney's name Joel H. Bennett number 281-389-2118. I started litigating immediately When "Boom" a Obstacle was put in my way on 12-30-2019 the hole unit was lock down-

## IV. Statement of Claim

3.) annual lock down. While the Unit was lock down I requested lots of case cites they never answerd my I-60 or resquest. on 1-9-2020 I asked the Law library Supervisor ms. Sperlock to File What ever documents she needed to File in order to get extra time. Law library Supervisor along with Assist Warden k. Hutto told me I did not QUALIFY. I wrote step 1 and a Step 2 regardin denial of extra time "Hunstsville" has not answer yet". I File For extention of time in the court of criminal appeals I got approved and set For 3-23-2020. This is another obstacle that was put in my way I've been sick of an unknown nose-throat problem u.t.m.b. came pick me up around 3-9-2020. I realy needed this appointment but my time dead line was in my way so I refuse. Then on 3-8-2020 I put my "indigent Folder in the Box "requesting Emergency Indigent Supplies" once again officer Kitchen "denied me Supplies When I needed them the most". I sent my indigent Folder back on 3-11-2020. I never recived my emergency supplies my indigent Folder was "lost For 12 day's" I wrote a step 1 on 3-19-2020 "no response". I recived my indigent Folder back on 3-23-2020 When my time dead line was due. I recived my indigent Folder by officer "kenja". The court of criminal Appeals warned me no more extention's of time entertain.

Now my sickness is geting worse. now I have to depend on a Fan in order to breath correctly. Medical extended my medical Appointment 5 month's from 3-9-2020.

my safety, wellbeing, is in danger do to this Lawsuit and other issues I've been going through. I truely need help your honor. I've asked my self repeatedly How I am I going to Solve my Problems IF the grievance procedures dont work?? They dont answer my I-60 they "Steal" my documentary evidence when I Sumit step 1s. They haven't Solved none of my Problems.

# IV. Statement of Claim

3.) 1. I will continue to have time deadlines in my Criminal Appeal Process.

2. I will continue to need Extratime when time deadline, court order

3. I will continue to need indigent supplies.

4. I will continue the need to File Papers with the Court

5. How I am I going to exhaust Administrative Remedies??

6. How I am I going to solve issues with Other Offenders and T.D.C.J. OFFicials.

Investigators are responsible in Conducting the investigations but Assist Warden Johnson and Assist Warden Hutto have the responsibility in answering Step I's.

30th Assist Warden's Play a big role in grievance procedures they have the power to agree or disagree with the investigator Investigation and decide if Violations of T.d.C.J were sustained or unsustained. they can also agree or disagree on-Constitutional violations.

Assist Warden Johnson and Assist Warden Hutto are misusing there Power. OFFender Calderon shouldent be going through this civil process if they were doing there Job.

The Right OF Access to Courts are OFFender Calderon constitutional guarantees Under the United States Constitution.

Grievance Investigators Ms. Phillips and Ms. Little Assist Warden-Hutto and Assist Warden-Johnson This Four individuals Dont Care about a "Court order" or a time dead line or a Criminal appeal Process

I Stated my emergency need For their help through grievance procedures. no action was taken. they have Proven to me in multiple occasions that my Constitutional guarantees are worth nothing.

Your honor I want you to understand Policy violations on how grievance investigators and Assist wardens violate them please read them. they will open your eyes. Please take a look at the Following Policy's! 3 Jiffrent grievance Policy's

. Board Policy — number B.P. 03.77 Please take a look at the Authority

2. Administrative Directive Policy — number A.d - 04.35 - Please take a look at the Authority.

3. Management of Offender Grievances Policy — number; A.d 03.82 Please look into the Authority

Also please look Into Law library Policy and Procedures - Policy B.P 3.81

To tell you the truth your honor I would of lost my time Jead line do to Officer Kicthen repeated misconduct this is one of my main claims. I thank my Lord Jesus For the wisdom and the understanding, I knew deep in my heart IF I didn't come up with 16 stamps, 2 minlla envelopes I was going to lose my time dead line and this important step in my criminal Appeal Process. Officer kitchen has always denied me indigent supplies since I've been here in East Ham unit.

How's going to take care of my life, safety, wellbeing IF the grievance procedures dont do **NOthing** For me

How's going to Solve medical malpractice IF medical messes up Grievance procedures dont do nothing For me.

the "constitutional" violations will "continue" until I end up Dead.

If you want to know more about my safety. Please talk to the Chief of classification J. Davis
Case manager From Classification
1. Simon, Roxanne
2. Smith, Crystal
3. Jackson Stephanie
I will like ya'n to know that I Just got another Bogus case on 6-4-2020 case: 20200208386 Just to keep me G4

Statement of Claim — B          Page 4

# IV. Statement of Claim

9.) What are the Facts underlying your claim(s)? [For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?] Investigators and Assist Wardens dont consider my step 1's. In one occassion Officer Blaylock gave me a bogus code 20 Disciplinary case. no type of procedures were followed. The results were 1 year G4 I did appeal nothing was considered I was wrongfully punished without evidence and cause. Both Assist Wardens were involved and did nothing. I wrote several step1 on officer Kitchen -Law library personel for intentionally dening me indigent supplies and nothing is being done for me. medical care is bad. my grievances are my witnesses with dates and times I am also including complaints. I've tryed to keep Senior Warden updated of my problems Please talk to him.

# V. Injuries

If you sustained injuries related to the events alleged above describe your injuries and state what medical treatment, f any, you required and did or did not receive.

If Grievance procedures keep's on doing what they want, I can lose a time dead line, court order. I can lose my life in this prison system. Grievance procedures play a big and important role in the T.D.C.J. system. Without the proper mechanism in the grievance procedures. I will suffer irreparable harm that money can not cure.

# VI. Relief

State briefly what you want the court to do for you. I need an emergency preliminary injunction becuase my constitutional rights are continuously being stepped on no respect. I am going through severe problems, my life and wellbeing is being put in Jeopardy. I dont get the right medical care, officer, kitchen and Supervisor Sperlock Law library personel is making my criminal appeal process imposible. Major Andrew dont realy care about solving my safety issue why? he feel like the grievance procedures got he's back. The grievance procedures dont function. Any way you want to look at it. If some one doesn't help me I am going to die in East Ham unit.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

I started writing grivances in July, 17 2018 Appealing a bogus code 20 After being wrongfully punished. the defendants misconduct and constitutional violation has been going on For 0months to updated Date.

D.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)* Investigators and

"Page Attach"

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"Page Attach"

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

"Page Attach"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

N/P
_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E.  If you did file a grievance:

1.  Where did you file the grievance?

I also File Step-2 Huntsville has not respond Grievance office here In Eastham Unit take care of Step 1's

2.  What did you claim in your grievance? Constitutional Violations, T.d.C.J Policy violations, P.d 22 officer violations

3.  What was the result, if any? When I File Step 1 towards officer Kitchen Law Library personel I get negative responses. and no good results. I realy don't get good responses in none of my grievance or any good results.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I'am provideing Identical copy's of Step 1 and Step 2. That haven't been answered. I need help in get answers from my Step 2 From Huntsville. I also need answers From Step 1's. with good results. Documentary evidence Exhibits and letters will be Attach

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: How I am I going to File a Step 2 Without an answer or Step 1 I truely Feel like Some Prison OFFicials are Plotting against me because I'm concentrateing on certain Problems that I want to Fix. I can't grive all my problems.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: On my saFety issues, I Complain with maJor andrew, Chier of classiFication, no response. on my medical issues I Complain with doctor Hasan. he's response was reschedule to tell you the truth I have so much Problems I can only File certain ones. I need help emergency

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. How I am I going to exhaust administrative remedies with out a Step 1 response? Grievance Investigator steal my documentrary evidence true Facts. Without the proper Function in the grievance Procedures my constitutional guarantees will continue to be violated.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* I will attach exhibits.

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit   *not Apply*

Plaintiff(s)   N/A

Defendant(s)   N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.  Docket or index number

N/A

4.  Name of Judge assigned to your case

N/A

5.  Approximate date of filing lawsuit

N/A

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.   N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)              not   Apply
     Defendant(s)  _____ N / A _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____ N / A _____

3.   Docket or index number
     _____ N / A _____

4.   Name of Judge assigned to your case
     _____ N / A _____

5.   Approximate date of filing lawsuit
     _____ N / A _____

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition  _____ N / A _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____ N / A _____

IX.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       June, 17 2020

Signature of Plaintiff        Agustin Calderon
Printed Name of Plaintiff     Agustin Calderon
Prison Identification #       2200225
Prison Address                East Ham Unit
                              Love Lady          TX        75851
                                    *City*              *State*        *Zip Code*

B.      **For Attorneys**

Date of signing:       _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                              _____
                                    *City*              *State*        *Zip Code*
Telephone Number              _____
E-mail Address                _____

your only Step 1 that was Still open was

2020116900 — which was Closed by Medical on 6/1/20 And was not due until 6/21/20

your only open grievance is 2020127444 & its not due 7/7/20 which is on me.

Ms Phillips

Ms. Phillips cant seem to rember my Law library step 1's

Exhibit

hand written copy

Exhibit A

# Texas Department of Criminal Justice

## STEP 1  OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Agustin Calderon  TDCJ # 2200225

Unit: ECST Ham  Housing Assignment: K-1-18-T

Unit where incident occurred: ECST Ham

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Administration to how ever

Who did you talk to (name, title)? is in Charge of Law library  When? 1-9-2020

What was their response? they told me I dont need Extra time

What action was taken? No Action taken

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

In 1-9-2020 I wrote Administration to how ever is in charge of Law library, I told them I needed time off my Job or to please help me Find the correct solution to this conflict of time. I have to ~~time training of application for~~ File a P.d.R to the court of criminal appeals. I have a time dead line of 30 day's Ive lost at least 14 day of research because Law library dont send me books, case cites the clock is ticking and I'm losing a lot of time, I need extra time to find the correct case cites that Fit my Arguments. well they denied me extra time. There fore How ever is in charge of Law library is in Violation of Policy, rules, Procedures, Rules governing offender access to the courts, counsel and public officials this rules were devoloped For the purpose of assisting offenders with their legal documents, case cites requested etc they are also in Violation of the 14 Amendment constitution of the united states. That protects and shields and should guarantee the prisoner to a Successful Appeal. Successful should be accompani with Extra time, All case cites needed, Access to books needed to accomplish what needs to be accomplish. we as appellant need help. I cant accomplish my appeal without research. Do to all this intentional delay's I am backet

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM         (OVER)

I-127 Back (Revised 11-2010)

I got answer.          EV.Oc.cc

ti ms. sperlch I would like to inforne you that my appeal was denied. I would like for you to summit what ever documents that needs to be summited. In order to get extratime. I do have time dead line. I can show you my atterney letter telling me I have 30 day's for a P.d.r. I would like to borrow the offenders legan counsel book chapter 3 so I can summit what ever motions that need's to be summited. I've also requested some case cites and nothing has been brought to me. I never get responsese from my I-60

Agustin, Calderon          2200225          East Ham

  K-1-18-T                          Field Squad 2
TO  Law library
  Supervisor ms. Sperlock                    1-9-2020
            East Ham        emergency

this two I-60 are Identical Handwritten copy's

Hi I would like to see How can I get some time off my Job my appeal was denied so now I have a time, dead line. my life IS depending on my work so it's very "important" that I concentrate on my legen work. I wrote today to supervisor ms. sperlock asking her to do what ever she need's to do in order For me to get extra time. my Job is a conflict between time. I already went through this once with ms. sperlock It's my constitutional right under the 14 Amendment to proceed with my appeal in a very smart manner please help me find the correct Solution to this conflict or time

Aguston Calderon          2200225          East Ham

  K-1-18-T      Emergeney          Field Squad 2

TO: How ever supervices Law library      1-9-2020
      Administration

East Ham unit

_____

this is part of Exhibit A and B

**This grievance was not even due until <u>2/12/20</u>. I closed it on 2/6/20, returned to you on 2/7/20.**

**Now file a Step 2 if you choose.** It was answered by Assit Warden Autto

this is the people that I've talk to about my problems here in East Ham Unit.

Justice - Russell Lloyd - In the Court of the First District of Texas.

Agent of the Goverment And Appeal Attorney - Joel H. Bennett  # 281-389-2118



Identical hand written copy
Exhibit B
Case 4:20-cv-02195   Document 1   Filed on 06/22/20 in TXSD   Page 23 of 44

Huntsville has not respond

## Texas Department of Criminal Justice

# STEP 2    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: Agustin Calderon   TDCJ# 2200225

Unit: East Ham   Housing Assignment: tc-1-18-T

Unit where incident occurred: East Ham Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...* I realy need extratime to research and file my P.d.r I have a time dead line to file this important documentation. In the court of criminal appears, therefore warden Hutto and supervisor ms. Sperlock are in violation of policy, rules, procedures governing offender Access to the courts counsel and public officials. Any offender who demonstrates the need for extra time for law library use should sumit an I-60 to A.te supervisor. therfore supervisor and warden Hutto are in violation of P.d 22 rule (22B) Harassing or Retaliating against an offender for participating for pursuing Legal Activities, such as Petitioning the courts. (1.) warden Hutto tells me my Job is in my way, we havent gone to work in 2 months (intentional retaliation) I asked to help me find a solution I tryed to solve this issue through I-60 - step (2) the new offenders are jeting Extra time this should be on record. I've been assisting Law librarn for almost 2 years. (3) my criminal appear process should be important I showed the supervisor ms. Sperlock my attorney's letter saying that I had 30 day's to file my P.d.r process.) warden Hutto and supervisor ms. Sperlock are also in violation of P.d - 21 Discrimination - I truely feel I'm being discriminated I see a lot of Black's get their extratime and whites as well. every thing is on record if you choose to investigate. Warden Hutto and supervisor ms. Sperlock are also violating my constitutional guarantees under the 14 Amendment that protects and shields the prisoner to a successful Appeal, successful should be accompani with Extratime An case cites requested, Access to books

Identical hand written copy
Exhibit C

# Texas Department of Criminal Justice

"and answers"

# STEP 1      OFFENDER
         GRIEVANCE FORM

Exhibit C,D go together.

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Agustin Calderon    TDCJ # 2200225

Unit: East Ham    Housing Assignment: K-1-18-T

Unit where incident occurred: East Ham Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Muniz    When? 6 months ago

What was their response? No response

What action was taken? No Action was taken

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On march 6, 2020 I was waiting to go to the Law library around 3:15 Am 325 I asked the Officer on duty whats up with the Law library he told me After count. The Officer left out K-line and did not come back until After 4:00Am. After telling the Officer to be aware of Law library time Officer choose to lie. Therefore the Officer On duty From 10:00 to 6:00 is in violation of P.d.22 rule 41 Denial of uniform Access to courts no officers employees or agents of the T.D.C.J Shall not interfere with Access to courts, As of right now I have a time deadline in the court of criminal Appeals. The court is waiting on my legal work Product P.D.R Offender Calderon Should have direct access to his Law library time. This is not a privilage it's my right Under policy of courts and under the 14 Amendment constitution in texas and the United States of America. The Officer never gave me his name after requesting it reapeatedly this is Another violation I also asked him if he could spell his name on a Piece of Paper Officer ignord my request. Instead of helping the offender get out his cell officer choose to retaliat against him and his right but most important he's Dening me Access to court's. My neighbor could be my wittnes he had the same altercation about the officers name. My wittnes 1-17-B my cell mate mr barrow wittnes my altercation with the officer on march 6, 2020. this is a repeated Problem Please put a stop to the same issue.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Identical hand written copy
Exhibit. D

no response from Huntsville

## Texas Department of Criminal Justice

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: **Agustin Calderon**   TDCJ # **2200225**

Unit: **East Ham**   Housing Assignment: **k-1-18-T**

Unit where incident occurred: **East Ham Unit**

OFFICE USE ONLY

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...* this is a repeated misconduct and nothing has been done. Their is violation's of T.D.C.J Policy, the policy is numberd B.P. 03.81 rules Governing Offender Access to the Courts, counsel, and public officials. The Officer On duty on march 6, 2020 is also in violation of P.D 22 rule number 41 Denial of uniform Access to Courts no officers employees or agents of the T.D.C.J. shan not interfere with Access to Courts. I recived Step 1 on 4-1-2020 the frist thing I did I asked my witness k-1-17-B. I asked him if they investigated with him he told me no, I asked my old cell mate mr barrow if some one interview him on what happen on 3-6-2020 my question is How did they investgate? If you check the Camara you can see the officer in Front of my cell. I told him to be aware of law library time instead officer choose to live out of k line and did not come back tin 4:00 Am since our testimony doen't have credibility the Camara should be my witness. In my point of view Asst warden K. Hutto along with the Officer On duty on 3-6-2020 I had a very important Legal Visit with mr. Schaefer #01713603 he was going to type my P.D.R On that day do to the officer "intentional" misconduct I did not accomplish my Legal Work. When your Faceing a time dead line time is gold time is very Valveable. I requested the important Legal visit with supervisor ms. sperlock and it was set for 3-6-2020. It should be documented. As you can see by Asst warden K. Hutto response. he does not care about

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

Identical hand written copy

Exhibit F

**Texas Department of Criminal Justice**

no response

# STEP 1

**OFFENDER
GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Agustin Calderon    TDCJ # 2200225

Unit: East Ham    Housing Assignment: K-1-18-T

Unit where incident occurred: East Ham

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Law library Ms. spertock supervisor from    When? 3-13-2020

What was their response? I am going to provide documentary of her response

What action was taken? No Action was taken.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 3-8-2020 I put my indigent Folder in the box. requesting emergency supplies. Officer Kitchen denied me the supplies I recived Folder On 3-10-2020 sent it back on 3-11-2020 Following Officer Kitchen's instructions and the rules of B.P.3.91 Justifying the emergency need For extra supplies I did summit my cause number. I also stated my time dead line in the court of criminal Appeals. now is 3-18-2020 I still haven't recived my indigent Folder. This misconduct is a reapeated behavior on Officer Kitchen's behalf. My Freedom, life is depending on my legal work requested by the court of criminal Appeals. I am indigent and with out Funds thereFore Officer kinthen is in violation of B.P.3.81 rules Governing Offender Acces to courts, counsel, and public Officials. How is offender calderon going to proceed without paper, pens?? Officer Kitchen is also in violation of B.P.03.91 Indigent Supply. Officer Kitchen is "intentionally and with malice" is denying me supplies and delaying me and Finishing my legal work. I gave a good explanation on the back of Indigent Supply request Form. I am going to Provide documentary evidence trying to solve the issue and trying to get the emergency supplies requested. my constitutional rights are being violated under 14 Amendment.

Directed to Warden Muniz

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Exhibit F.

# Texas Department of Criminal Justice

no response

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Agustin Calderon   TDCJ # 2200225

Unit: East Ham   Housing Assignment: H-1-12-T

Unit where incident occurred: East Ham Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Law Library Supervisor Ms. Sperlock   When? 3-13-2020

What was their response? You have been issued Carbon paper

What action was taken? No action

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Today 3-21-2020 while assisting the Law Library Officer Kitchen confronted me. She asked me why my indigent was going back. I've been waiting on my indigent folder since 3-11-2020. My indigent folder is not in compliance with the rules. Officer Kitchen instead of giving me a new indigent folder gave me an old and used indigent folder. Do to this misconduct. I never got my emergency indigent supplies. My time dead line with the court of criminal appeals is over. ~~[struck through text]~~ this is my cause Not-15-CR-3346 and my time dead line is do 3-23-2020. Now my time dead line with the court of criminal appeal is over. Do to officer Kitchen's poor dicisions and negative actions my life and freedom are in Jeopardy. Therefore officer Kitchen is in violation of P.d.22 rule 41 Denial of uniform access to carts no officers employees or agents of the T.D.C.J shall not interfere with Access to carts. For the reasons stated above. Officer Kitchen is also in violation of the 14 Amendment for not giving offender Calderon the right to fight back depriving me equal protection of the law. How is offender Calderon going to finish his important documentation with out paper, pen's. How was I suppose to send my legal work.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Agustin Calderon** TDCJ # **2200225**

Unit: **East Ham** Housing Assignment: **K-1-18-T**

Unit where incident occurred: **East Ham Unit**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. **Practice manager**

Who did you talk to (name, title)? **Mark Roberts** When? **4-15-2020** / **4-7-2020**

What was their response? **Medical can not help you**

What action was taken? **no Action taken**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In three diffrent Occasions Ile requested medical attention do to severe headaches, chestpains, my health issues are being caused by secondhand smoke of K-2. This is a medical issue becuase any problem with our health should be consider medical. K-2 is a very dangerous drug to the human body, life. this are some of the consequences, permanent brain damage, chest pains, increase the odds of heart attack. Then again Practice manager mark Roberts tells me this is not a medical issue. Practice Manager Mark Roberts is in violation of the Eighth Amendment that Protects offender Calderon his right to medical care. The Constitution guarantees Prisoners the right to medical care. Offender Calderon is continuously suffering severe cronic pain it is so severe that sometime it wont go away. Practice manager mark Roberts as a Doctor should not let me suffer like I am suffering. I truely feel like my Brain is not functioning like it used to, I lose concentration frequently, I forget things more often, I space out, headaches wont go away. Whats happen to the texas health and safety code 481,102, 105.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

evidence on grievance   Appendix F

Identical hand written copy
Exhibit .H

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Agustin Calderon   TDCJ # 2200225

Unit: East Ham   Housing Assignment: K-3-12-T

Unit where incident occurred: East Ham Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Warden Muniz and

Who did you talk to (name, title)? Unit Grievance Office   When? 5-7-2020

What was their response? no response

What action was taken? no Action

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In several occasions I've wrote step 1 and the name of Phillips, Deborah. A position in the grievance office Investigator comes up. It's been over 45 days and 3 step 2 have not been answered. What happen to the step 1's and step 2? This violations are serious in the constitution. In order to exhaust — Administration Remedy's and proceed with a civil suit. I need answers. Investigator phillips Deborah. A is in violation of the 1, 5, 14 Amendment to the constitution. Under the 1 Amendment I have the right to Petition the government for a redress of grievance. My question is what happen to my grievance?? Under the 5 and 14 Amendment offender calderon has the right to due process of law. Investigator - phillips is depriving offender calderon the opportunity to go to court. If I dont recover my step1 and step 2 Investigator phillips will be in violation of policy B.P 3.81 rules Governing offender Acces to courts, counsel and public officials. Investigator phillips will also be in violation P.J 22 rule (4) Denial of Uniform access to courts. no officer, employees or agents of the T.D.C.J shall not interfere with access to courts.

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Evidence on grievance.

Identical hand written copy
Exhibit I

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Agustin Calderon     TDCJ # 2200225

Unit: East Ham     Housing Assignment: East ~~H~~ K-3-12-T

Unit where incident occurred: East Ham Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? warden moniz and Unit grievance office When? 5-7-2020

What was their response? no response

What action was taken? no Action

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In several occasions I've wrote step 1's. I've wrote the grievance office asking for answers no response. Little, Karen L Duty as a investigator has done a poor Job. After reviewing the grievance policy, rules and procedures it's the investigator Job to investigate and pass it along to Assist warden Johnson or assist warden K. Hutto or what ever personel she need's to abide by. It's been over 45 day's and my step 1 have not been answerd, my question to Investigator - Little Karen L. What happen to my step 1?? I need answers. Investigator This violations are serious in the constitutions and policy. In order to exhaust Administrative Remedy's I need answers From my step 1. Investigator is violating the Constitution Under the 1, 5, 14 Amendment. Under the 1 Amendment I have the right to "petition" the "government" For a redress of grievance Under the 5 and 14 Amendment Offender Calderon has the right to Due process of Law. Under grievance policy and the constitution, Investigator Little. Is depriving offender Offender Calderon the opportunity to go to Court. IF I four recover, my step 1 Investigator Little will also be in violation of "Policy" B.P 3.81 rules Governing Offender Access to Courts, Counsel and public officials.

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

Exhibit J     pending
Case 4:20-cv-02195   Document 1   Filed on 06/22/20 in TXSD   Page 31 of 44

# Texas Department of Criminal Justice

this was sumited on June 12 2020

## STEP 1

**OFFENDER GRIEVANCE FORM**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Ret'd to Offender: _____

Offender Name: Agustin Calderon     TDCJ # 2200225

Unit: East Ham     Housing Assignment: East Ham unit

Unit where incident occurred: East Ham unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? N/A     When? N/A

What was their response? N/A

What action was taken? N/A

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am appealing the results of a disciplinary hearing case # 20200208356. On 6-4-2020 I told the Officer in charge that I was going to refuse houseins do to safety issues. "Sergent "Han" came and Interrogated me. After hearing my testimony she send me to the desk. The Lieutenant in charge of the desk on 6-4-2020 Interrogated me. After hearing my safety issues h told me he was going to move me. Lieutenant then order an Officer to escort me to my cell get my stuff and move me to H-2-12-T. In the course of moveing Officer Adkisson told th Officer that was escorting me to take me to 1 row. I asked the escorting Officer "what was wrong" he told me the guy in H-2-12-B doesn't want you their. My movement was ordered b Lieutenant in charge of the desk. I was Following the orders of the Officer that was escorting me. Officer Adkisson offens discription is Questionable; Offender Calderon did present non-Frivolous evidence during hearing which is true that would contradict the facts alleged in the Disciplinary report. How come Officer Adkisson did not include the Assisting Officer as a witness?

How come the Disciplinary Officer did'nt call the Lieutenant in charge on 6-4-2020 to "discredit" my "testimony"? How come Disciplinary Officer did'nt Ask the name of the Officer that escorted me and Assisted Officer Adkisson with the

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

Hi warden muniz sorry to bring you my problems and issues. On 3-23-2020 I summited the grievance Iam presenting to you. K. Little told me this Redundant, Refer to grievance. 2020002886. In my point of view is, way diffrent Argument with the same violations can you please help me process the grievance Iam presenting to you. Since Officer kitchen seems to think my life is a game. as you are aware this is a reapeated behavior. Do to Officer kitchen's negative Actions I lost this Important step in my appeal process, thank you for your tim

Agustin Calderon        2200225        Eastham "Exhibit"

Administration  Directed

Warden  muniz                    Field squad
        East Ham unit.              3-25-2020

                    Identical I-60

Hi warden muniz Iam so sorry to bother you with my issues. can you please help me process this grievance, In several occasions my step 2 dont get answerd. I dont even know if they get Processed. hopefully you may consider all my Problems which are very serious. I take my health, life and wellbeing very serious hopefully you senior warden can understand me Just Imagine your self in my shoes.

Agustin calderon        2200225        East Ham
    K-1-18-T                        Field Squad

Senior warden = muniz                4-5-2020
Administration
Ecst Ham unit              I-60

                    Exhibit k

Documentary evidence Explaining senior warden muniz my Problems with grievance Investigator,

To: Senior Warden Monk                    Exhibit L        4-12-20 20

                                    Identifer hand written complaint

From: Agustin Calderon

Hi I hope When you recive this letter/complaint it finds you well. the reason for this letter/complaint is becuase I offender Calderon will like to prove to you Senior Warden How much this officers, and the grievance office are united, In my point of view they are like Organise crime they do What they want to do any way's Warden K. Hutto is in our side any way's Warden, Jhnson is in our side, In several occasion's I've proved several violation's or diffrent officers and the same misconduct keep's on happening specially the personel from the Law library and some of this African officers that seem to think assisting the Law library is not important. What I get out of all this, my constitutional guarntees are not important my constitutional rights are being stomp on. I really need your help on processing the upcoming grievances that iam going to send you. I've requested some information on two important step 2 and no answer from the grievance office I would like to see if you can push the grievance office into giving me answers. I will provide you with copy's Identical copy's of the grievances they dont want to answer. to tell you the truth. I dont care about to much on what goes on around here but when it come to my life, freedom, criminal Appeal process it's a diffrent ball game. I'am almost sure you know were this is going to. To Court I am not only doing it for my self but for how ever wants to fight for their freedom. After being wrongfully convicted I have the wrong concept of the Judicial System. If you can not help me please send Back documentry Evidence. When a group of people are operating as criminals they have guy's that do their dirty work on the 4-11-2020 12:45 3:00 Am my cell mate lost his dope After not finding it he threaten me. on 4-12-2020 he threaten me becuase All I want to do is my legal work. that he feels the light shouldent be on at 3:00 in the morning

This a Identical hand written complaint. Proving you your honor my emergency need for help. Exhibit

To: major Andrew                    unit: East Ham unit   Date- 5-5-2020

From: Aguston Calderon           no: 2200225    housing K-1-18-T

Job: Field Squad              Exhibit M

On 5-5-2020 I came back from S-Line from being sick from corona virus as soon as I came in the cell my cellmate got real upset becuase I wrote Prea and told them the truth, he threaten me. Which is the truth. How ever is in charge of Safety in this situation which is you major Andrew I belive you are creating conflict. Why should I lie about such serious allegation. Now my cell mate is furious he told me Prea confronted him. Now my Safety understand that we are not geting along. Dont can happen I mite get killed or hurt I truely feel the tension and some danger. Can you please Moke me out of this cell. As Soon as Posible. Now I understand why offenders kill each other and rape one onother. Safety doesn't take complaints serious. The incidents occur here In K-line. "Warning" If something happens to me physically Iam going to try my best major andrew You face legal Consequence. Please consider my issues. Directed To: major Andrew. ————— The following wording is set apart from the compleint above. I truely dont understand why Safety puts my life on danger On 5-5-2020 After making a threatening compleint they re housed me withe the Aggressor. I almost got beat up. On- 5-6-2020 Officer hale was on duty I told him that me and my cell mate were not geting along, wen he moved me out of the cell. You can see my arrival on 5-5-2020 and you can see my departure on 5-6-2020 but U.C.C Chairperson's Assit warden B. Johnson found my allegations unsubstantiated on 4-30-2020 But I got kicked out the cell. my cell mate told me If something bad is going to happen If I didn't leave. Now I am even worse I've made complaints of my new violent cell mate. telling them this is not going to work on 5-27-2020 my new cellmate was physically fighting with other offender the camera is my witness

After Five Days Return to
**TEXAS BOARD OF CRIMINAL JUSTICE**
PREA Ombudsman Office
P.O. Box 99
Huntsville, Texas 77342

U.S. POSTAGE >> PITNEY BOWES



ZIP 77320   $ 000.50⁰
02 1W
0001387404 MAY 29 2020

K-3-12T

CALDERON, Agustin #2200225
Eastham Unit
2665 Prison Road #1
Lovelady, Texas  75851

Exhibit N

# TEXAS BOARD OF CRIMINAL JUSTICE

TO: CALDERON, Agustin #2200225                     UNIT: Eastham

FROM: PREA (Prison Rape Elimination Act) Ombudsman Office     SUBJECT: SA- 201905310-00007

---

You should always attempt to resolve your problem informally at your unit with staff, department and security supervisors, or the warden. Verbally communicate the problem, or submit an I-60 Offender Request to Official. Sending your concerns to the wrong department or agency is inappropriate and only delays valuable response time. Your prison-related issues can be addressed in a timely manner by directing them to the appropriate responsible TDCJ department listed below.

---

☒ **The PREA Ombudsman Office only responds to allegations of sexual abuse and sexual harassment.** All other issues are returned for you to contact the appropriate **unit staff** with your concerns. If informal contact (verbally or I-60) with unit staff does not address your concerns you may then utilize the grievance procedure.

☒ **Offender Grievance Procedure:** Issues regarding unit operations, disciplinary disputes, property issues, mail or any other matter relating to conditions of care or supervision may be formally addressed through the Offender Grievance Procedure **if informal contact (verbally or I-60) with unit staff does not address your concerns.** Submit your Step 1 grievance to the Grievance Department at your unit. If you appeal a decision to the next level, you must submit a Step 2 grievance along with the original answered Step 1 grievance to the Grievance Department at your unit. Allow ample time for the Grievance Department to investigate your complaint and return a reply to you. Step 2 grievances are reviewed by the regional authority or the Central Grievance Office if you are dissatisfied with the response on the Step 1. **Directing grievances to unrelated offices may result in expiration of your grievable time period.**

If you wish to comment on the effectiveness and credibility of the grievance procedure, write a letter or send an I-60 request form to the grievance investigator at your unit, or forward to the Central Grievance office at P.O. Box 99, Huntsville, TX 77342-0099.

If you have already pursued the issue through the Offender Grievance Procedure at Step 1 and Step 2; no other administrative remedies are available to you regarding the issue. You may pursue the matter in any manner you choose outside of the agency.

☐ **Offender Protection Issues (OPI):** Immediately contact a correctional officer; security supervisor; warden; assistant warden; or the Classification Department at your unit.

☐ **Medical Care:** The unit physician is the primary care provider at the unit level and is responsible for the determination of medical treatments, medications, medical restrictions, and scheduling of services. You should attempt to resolve your problem at the unit level first by contacting the unit medical administrator in writing (sick call request or I-60 request form) for assistance. Subsequently, if you are not in agreement with the provider's response you may utilize the grievance process. You will not be transferred for medical reasons without the approval and recommendation of unit health care providers.

☐ **Office of Inspector General (OIG) Investigation:** Complaints or allegations relating to excessive or unreported use of force, physical harm by staff, or any crime committed by an offender or employee on state property should be directed to the Office of Inspector General, Investigation Division at P.O. Box 4003, Huntsville, TX, 77342. Full details must be provided in order to initiate an investigation in this manner.

☐ **Classification:** Issues related to time disputes; time calculations; sentencing; concurrent time and stacked time; jail time; forfeited good conduct time; back dated good conduct time; class; promotions; cell assignment; or information on various programs should be directed to the Classification Chief at your unit or the Classification & Records Department at P.O. Box 99, Huntsville, TX, 77342-0099.

☐ **Parole:** Parole review status issues should be directed to the Board of Pardons and Paroles at P.O. Box 13401, Capitol Station, Austin, TX, 78711.

☐ **Transfer:** Offenders are not at liberty to choose their unit of assignment. Notify the Classification Department at your unit if you have a reason that warrants a transfer. A request for a hardship transfer may be made if an immediate family member, listed on your approved visitation list, is unable to travel long distances. To be considered, you must be at least L1/G3, with no major disciplinary cases for 1 year and more than 200 miles from home. The family member may submit their request along with a letter from their doctor to verify the medical disability to Joni White, TDCJ-Classifications & Records Department at P.O. Box 99; Huntsville, TX, 77342-0099. A transfer is not guaranteed, but the request will be reviewed for consideration.

☐ **Religion:** Any issue related to religious programs; services; holidays; or activities should be directed through the Chaplain at your unit or the TDCJ Chaplaincy Department at P.O. Box 99, Huntsville, TX, 77342-0099.

☐ **Education:** Issues related to education should be directed to the Windham School Principal at your unit. Continuing Education issues should be directed to Windham School at P.O. Box 40, Huntsville, TX, 77342. You will not be considered for educational transfer without Windham recommendation.

☐ **Trust Fund & Commissary:** Issues related to your commissary account should be directed to Inmate Trust Fund at P.O. Box 629, Huntsville, TX, 77342. Issues related to commissary purchases, items stocked, or special requests should be directed to the commissary supervisor at your unit.

☐ **Food Service:** Issues related to meals, sack lunches, or special diet menus should be sent to the food service manager for resolution at your unit. If the issue is not resolved at the unit level, then contact the Director of Food Service at P.O. Box 99, Huntsville, TX, 77342-0099 or utilize the Grievance Procedure.

☐ **Legal Assistance:** Issues such as conviction appeal, detainers, divorce, or child support should be directed to an offender's attorney or State Counsel for Offenders, Legal Services Section at P.O. Box 4005, Huntsville, TX, 77342-4005.

☐ **Law Library:** All offender legal issues related to unit operations such as, access to courts; legal visits with other offenders; world attorney visits; indigent, legal or correspondence supplies; postage; policy; and state law information requests should be directed to the law library supervisor at your unit or researched yourself in the unit law library. If you disagree with a response from the law library staff, you may utilize the Grievance Procedure.

☐ **Security Threat Group (STG):** If you feel you have been incorrectly identified as a member of a security threat group, or wish to begin the disassociation process, you should contact the Security Threat Group Officer (STGO) at your unit. The STGO will know the proper procedure to follow in having your STG status reviewed. You may also write to the Security Threat Group Management Office (STGMO) at P.O. Box 99; Huntsville, TX, 77342-0099. However, the STG Management Office relies more on requests and information submitted to them by the Unit STGO than directly from offenders.

☐ **Lockdowns & Shakedowns:** Unfortunately, offenders who had nothing to do with a disturbance are often included in a lockdown, and all offenders at a unit are affected by a semi-annual shakedown. The procedures for implementing a lockdown or shakedown are well established and have proven effective in restoring order and ensuring the security of the unit, as well as the safety of offenders and staff. That does not mean the process is pleasant for offenders or staff. If you feel procedures violate policies, you may utilize the Grievance Procedure.

**NOTE: The Executive Directors Office does not respond to offender complaints or requests.**

To: P.R.E.A          MAY 22 2020          Exhibit/          Date 5-19-2020

From: Agustin, Calderon #2200225

Hi prea I hope this letter Finds. you well. I am writing ya'll becoase I truely need some help. On 4-13-2020 I sent a letter requesting help. How ever came and did the investigation did a poor. Job. I almost got severly beaten by the guy I made the complaint against they put me in the same cell with the Aggresor he confronted me that prea. Come and take to him the guy was Furious. To tell ya'll prea the truth. I know Assistant warden B Johnson covers he's people along with administration, classification and some of the personel in UCC. This is a great example of How much they care about my safety. lets put him back with the Aggresor. my question is How does that? After suffering from corana virus I was moved on 4-21-2020 to soletery, my question is How did they investigate? almost no body cares about me here in East Ham unit becoase I am not a crazy Fagot. I am not bisexual, verse Fagot, or guy. I mr. Calderon I am a Straight men. Thanks to OFFicer Hale I got moved on the 5-6-2020 around 9:30 to 10 in the morning thanks to OFFicer Rocha witnesses. the camara is my witness as well of my arrial on 5-5-2020 and the move on 5-6-2020, warden B. Johnson and U.C.C, committee determined the investigation to be unsubstantiated. I am proveing to ya'll prea How much the prison oFFicial lie and cover up there B.S. How ever is in charge of the moves. Did a bad move this guy here tells other OFFenders he wants to get wild +ct wild talk wild. he just screams at loudly bhrs a day. I suspect this guy is kind of crazy every time I get down he creans behind me. he thinks I am masturbating all night long. Can ya'll please have a serious

Case 4:20-cv-02195   Document 1   Filed on 06/22/20 in TXSD   Page 38 of 44

Exhibit N

Hi mayor sorry to bother you with my problems. On 5-6-2020
I got moved to 3-12-T After my cell mate threaten me
I realy hate to cause my mate unessary problems in
my point of view it's up to you and your official duty's
How ever moved me here is wrong, my new cell mate tells
other offenders he wants to act wild, he "Screams out
loudly" at least 6 hrs a day. I do have patience but thats
not the issue here. I know sooner or later this guy is not
going to like my way's of showing him disrespect. I can
scream as well when his sleeping I can be loud as well. This
is going to be a conflict can you please move me out I
truely feel like some one is being prejudice, I never get a
hispanic cell. I kind of know the guy in 3-11-B he's quite and
easy going he was my neighbor in J line, I have good reasons
to take care of my wenbeing.

1. my behavior is very important to Judges, Attorney's
2. I'am appealing my case I'am in direct Appeal as or right now.
3. I'am easy going, respect everyone, I'am Quite, frendly
4. I'am innocent of the cnegations the state is mating against
me.
5. I don't like to Fight, I try to respect my cellmates. Please
consider my criminal Appeal process. my life, Freedom is
depending on me and you. How every moved me here did a
wrong and bad move.

To: Doctor, Physician - Hasan AZ in Ariff D          3-11-2020
From: Agustin Calderon   No. 226625   Housing H-3-12-T
Job - Field squad          "Exhibit" ⓒ

## Complaint

Hi Doctor this is a complaint regarding my health. You are Starting to viulate the Eighth Amendment that guarantees his constitution right to Medical Care. I understand this is not Free world medical attention but my heath is geting worse and worse withe in the course of time.

1. Now I Feel pressure inside my head. I assume is because I need more oxygen. My Brain needs more oxygen.

2. I am suffering from shortness or breath.

3. Now bugers wont stop coming out.

there is another dispute. The only reason I refuse the appointment on march 9, 2020 is because of a time dead criminal appeal Process. This is a dispute because medical procedures are interfering with my right of Access to courts this means you are violating another 14-5 Amendment I showed you my letter stateing my timedead line and Appeal procedures. You told me what does this has to do with you. It has a lot to do with you. It is your job to explain U.T.M.B my Appeal Process and try to make sure medical Appointments are not on my way, I encourage you to consult with the Suprem Court. right now my Appeal Process is on hold. Please talk to U.T.M.B to push my Appointment. It was not normal to me they came in the middle of a criminal Appeal time dead line. You Dont know what the results may be I mite stay in the hospital for Days, weeks or even Month's. Push my health issues to be Solved While I am Free. thankyou.

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: __Agustin Calderon__ TDCJ # __2200225__

Unit: __East Ham__ Housing Assignment: __K-3-2-T__

Unit where incident occurred: __East Ham Unit__

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? __Warden Johnson and Senior Warden Munoz__ When? __5-7-2020  5-26-2020__

What was their response? __no response__

What action was taken? __no action__

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In several occasions Ive wrote step 1's. Frist I wrote the grievance office asking for answers no response. on 5-7-2020, then decided to research. After reviewing 3 diffrent grievance policy's I found out that Assist warden Johnson is in charge of answering step 1's on 5-26-2020 I requested Assist warden Johnson help no response to my complaint or Action taken. this violations are serious, in the constitution. Assist warden Johnson is violating grievance policy - Board - B.P. 03.77 he is denining the appropriate documentation to go to Court. he is also violating grievance Authority and policy A.D. 03.82 - management of offender grievances, The purpose of this policy is to enable the developments, implementation, and operation of a grievance program for offenders within the T.D.C.J and provide documentation to the courts. therefore warden Johnson is also violating the immunities secured by the constitution and Laws. Offender Calderon have a fundamental right to access and use the court system. This right is based on the Frist, Fifth and Fourteenth Amendments to the constitution. under the Frist Amendment I have the rights to "petition" the government for a "redress" or grievances and under the Fifth and Fourteenth Amendment I have the rights to due process of Law If I donts recover my step 1 Assist warden Johnson will also be in violation of "Policy" B.P. 3.81 rules Governing offenders Access to courts, Counsel and public officials.

---

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

To: Assist, warden Johnson      East Ham Unit      Date-s-oo  oooo
From: Agustin Calderon        no: 2200225        housing h-3-12-T
Job: Field squad        copy hand written    Complaint    Exhibit P

Hi Assist warden Johnson, AFeter reviewing grievance, Procedures
and guidelines now I'm aware that you assist warden Johnson are
Part OF grievance Procedures, Part OF your Job is to answer my
Step I when the Investigator Pass the grievance to your
command. I will like to bring my Problems to your attention.
4 of my step I have not been answerd. time limitations has
expire, I wrote the grievance office no response. I wrote up
the Investigators your colleagues. to my knowledge Investigators
Pass the grievance on to you. Please talk to the Investigators
IF they feel they shouldent Answer give me a written notice
on why there isn't a response. Assist warden Johnson I wuld
like to let you know this is a Complaint, there's Procedure
violations, constitutional violations, policy violations, and more.
Please help OFFender Calderon look For answers soon thankyou.

To: An Honorable Juge

Identica Head written Copys trying to get medical attention.

H) Doctor I'am currently being housed with guy that smokes k-2 I constantly get severe headaches I've been smelling this smok for 3 months. this drug is very dangerous this are some of the consequences Permanent brain damage, increase Odds of heart attack. now I get Stab pains in my heart becuase. of such smoke it can cause death, A controlled substance is any chemical, substance, narcotics, substances of abuse following texas Health and safety Code 481, 102, 105, the health risk Posed by involuntary exposure envird mental tobacco or any smoke (ETS) can form the basis of an Eighth Amendment viviation, what can you do for me, I'am out of my pain med for my back so I don't have Pain med's this headache wont go away.

name: Agustin Calderon     no: 22 00225  Unit: East Ham

Living Quarters K-1-18-T     work Assignment: Field Squad

To: medical mark, Roberts     Date 4-7-2020

2) ADDRESS: East Ham Unit     I-60 ( Rev 11-90

ti mark-R sorry to bother you with my issues. on 2-9-2020 I requested medical attention do to severe headaches and bad chest pains this medical issue was brought to the Doctor attention this health issues are being caused by second hand smoke of k-2 they denied me medical attention. my Question to you mark-Roberts what can you do for me? keep in mind offenders die do to k-2 offenders get brain damage do to k-2 offenders can get heart attacks. my health is at risk do to second hand smoke do to k-2 I feel very sick help me find a solution to this repeated health issues that were brought to Doctor attention: name: Agustin Calderon   no: 2200225 unit: East ham   Living quarters: k-1-18-T work Assignment Fieldsqua 2

mark. Roberts answer! Treatment decisions me the authority of the medical Provides. Refer your questions regarding k-2 to security

M. Roberts     4-14-2020



**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Agustin Calderon   TDCJ # 2200225

Unit: East Ham   Housing Assignment: K-3-2-T

Unit where incident occurred: East Ham Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...* What I am Worried about is my health, and the harm and impact K-2 Second hand smoke has cause in my health. I dont smoke K-2. So How Iam I going to explain my health issues?? When I go to the Doctor He Frist thing they ask what's the Problem what do you feel etc. K-2 is a very dangerous drug to the human body. This are some of the consequences, Permanent brain damage, chest pains, increase the odds of heart attack. It's not Offender Calderon Job to gather evidence (E.T.S) So I can Prove my suffering and anegations are true it's mark Roberts Job, the Doctors Job. I am still suffering severe cronic Pains in my Brain that wont go away I still get chest pains to the degree that I feel my heart is going stop, I lose concentration Frecuntly. After smelling (expose) K-2 second hand smoke for 8 months. I truely Feel like my health isn't in the same conditions, offenders die do to K-2 (substance) my Question was? What happen to the texas health and safety code 481, 102, 105. Practice manager mark Roberts Should'ent let me suffer like I am suffering. therefore mark Roberts is in violation of the Eighth Amendment that Protects Offender Calderon his right to medical care. In tree diffrent occlasions I requested medical attention no Action taken. The Constitution guarantees Prisoners the right to medical care. Offender Calderon is continuously suffering severe

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

Exhibit 7 — Husskills have first out my step 1

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

K-3-12T

**OFFICE USE ONLY**

Grievance #: 2020116900
Date Received: MAY 07 2020
Date Due: 6/21/20
Grievance Code: 624
Investigator ID #: I2597
Extension Date: _____
Date Retd to Offender: JUN 01 2020

Offender Name: Agustin Calderon TDCJ # 2200225

Unit: East Ham   Housing Assignment: K-1-18-T

Unit where incident occurred: East Ham Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Practice manager   4-7-2020

Who did you talk to (name, title)? Mark Roberts   When? 4-15-2020

What was their response? Medical can not help you

What action was taken? no Action taken

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In three different occasions I've requested Medical attention do to severe headaches, chest pains. My health issues are being caused by second hand smoke of K-2. This is a medical issue becuase any problem with our health should be consider medical. K-2 is a very dangerous drug to the human body, life. This are some of the consequences, permanent brain damage, chest pains, increase the odds of heart attack. Then again Practice manager Mark Roberts tells me this is not a medical issue. Practice Manager Mark Roberts is in violation of the Eighth Amendment that protects Offender Calderon his right to medical care. The constitution guarantees prisoners the right to medical care. Offender Calderon is continuously suffering severe cronic pain it is so severe that sometimes it wont go away. Practice manager Mark Roberts as a Doctor should not let me suffer like I am suffering. I truely feel like my Brain is not functioning like it used to, I lose concentration frequently, I forget things more often. I space out, headaches wont go away. What happen to the texas health and Safety Code 481, 102, 105. MAY 07 2020

MAY 07 2020

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F